ACCEPTED
03-14-00698-CV
7490749
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/22/2015 10:28:02 AM
JEFFREY D. KYLE
CLERK

# James David Walker

## ATTORNEY AT LAW

P. O. Box 41
Milano, Texas 76556
Ph:  (512) 636-9520
Fax: (512) 455-7922

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/22/2015 10:28:02 AM
JEFFREY D. KYLE
Clerk

Board Certified, Civil Appellate Law
Texas Board of Legal Specialization
eMail: walker@2appeal.com
Website: 2APPEAL.COM

October 22, 2015

DELIVERED ELECTRONICALLY
Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

> RE:   Shamark Smith Limited Partnership, et al v. Martin M. Longoria, No. 03-14-00698-CV in the Third Court of Appeals

Dear Mr. Kyle:

I received notice of the oral argument setting for the above-referenced case: November 4, 2015 at 9:00 AM.

I will present oral argument on behalf of Appellee Martin M. Longoria.

Sincerely,

James D. Walker

James David Walker

JDW:**
cc: Tracy J. Willi (via email)